UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16mc.21234

FILED by ___ D.C.
APR 0 7 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN THE MATTER OF:

EXTENSION OF PERIOD TO FILE
COMPLAINT FOR FORFEITURE OR
OBTAIN INDICTMENT ALLEGING
FORFEITURE
_____/

IN RE:

SEIZURE OF $11,005.52 IN UNITED STATES CURRENCY
_____/

**UNITED STATES' UNOPPOSED MOTION TO EXTEND FILING DEADLINE
AND MEMORANDUM OF LAW**

The United States of America (the "United States") files this Motion to Extend Period to File Complaint for Forfeiture or Obtain Indictment Alleging Forfeiture pursuant to Title 18, United States Code, Section 983(a)(3)(A). In support of this motion, the United States submits as follows.

1. On November 2, 2015, the United States Customs and Border Protection ("CBP") seized for forfeiture $10,219.00 in United States currency and 790.00€ in Euros (exchanged to $786.52 in United States currency), totaling an appraised domestic value of $11,005.52 in United States currency (the "property").

2. On January 20, 2016, CBP received a claim for the property from Maylin Silva ("Claimant"). The Claimant has alleged she is the owner of the property.

3. In accordance with 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture of the property no later than ninety (90) days after a claim has been filed, unless the Court extends that period for good cause shown or upon agreement of the parties.

4. The deadline for filing a complaint for forfeiture of the property is due to expire on April 19, 2016.

## MEMORANDUM OF LAW

The Civil Asset Reform Act of 2000 ("CAFRA") provides, *inter alia*, that when a claim is filed for property seized for forfeiture, the United States must file a complaint for forfeiture, and/or obtain an indictment containing an allegation that the property is subject to forfeiture, no later than ninety (90) days after a claim is filed. *See* 18 U.S.C. § 983(a)(3)(A)-(C). That deadline may be extended by the Court for good cause shown or by agreement of the parties. *See* 18 U.S.C. § 983(a)(3)(A).

With respect to the filing period and the Court's determination regarding an extension, Section 983(a)(3)(A) provides as follows:

> Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties.

The property may be forfeited in the criminal case filed against the Claimant, *United States v Maylin Silva*, Case No. 15-20727-CR-GAYLES, which may obviate the need to file a civil forfeiture case.

WHEREFORE, the United States respectfully requests that the Court enter the proposed order, granting a sixty-day extension of the filing deadline and ordering the United States to comply with the requirements set forth in 18 U.S.C. § 983(a)(3) by June 20, 2016.

Undersigned counsel contacted Claimant's counsel, Marc David Seitles, Esq., who advised he did not object to a sixty-day extension of the filing deadline.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

*Eloisa D. Fernandez*
Eloisa Delgado Fernandez
Assistant United States Attorney
Florida Bar No. 0999768
eloisa.d.fernandez@usdoj.gov
U. S. Attorney's Office
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9025
Facsimile:  (305) 536-4089

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 7, 2016, a true and correct copy of the foregoing United States' Unopposed Motion To Extend Filing Deadline was mailed to Marc David Seitles, Esq., Law Offices of Marc David Seitles, P.A., Courthouse Center, 40 N.W. 3rd St., Penthouse One, Miami, FL 33128.

*Eloisa D. Fernandez*
Eloisa Delgado Fernandez
Assistant United States Attorney